**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHRISTOPHER M. ERB, : No. 732 MAL 2018
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
:
CITY OF LANCASTER, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.